UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY YANOVSKIY,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER, INC.; CTC REAL ESTATE SERVICES, INC.; RECONTRUST COMPANY, N.A.; KEVIN RUDOLPH, an Individual; JOCELYN CASILLAS, an Individual; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBOR VIEW 2004-8 TRUST FUND; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; and DOES 1through 250 inclusive,<br><br>    Defendants. | Case No. 2:11-CV-2640 JAM-EFB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

  This matter is before the Court on Defendants' Countrywide Home Loans, Inc., CTC Real Estate Services, Inc., Recontrust Company, N.A., Kevin Rudolph, Jocelyn Casillas, Mortgage Electronic Registration Systems, Inc., and Deutsche Bank National Trust Company as Trustee for the benefit of the Harbor View 2004-8 Trust Fund (collectively "Defendants") Motion to Dismiss (Doc. #7)

1

1  Plaintiff Sergey Yanovskiy's ("Plaintiff") Complaint (Doc. #1) for
2  failure to state a claim pursuant to Federal Rule of Civil
3  Procedure 12(b)(6).[1]  Plaintiff did not file an opposition or
4  statement of non-opposition in response to the motion to dismiss.
5  Having carefully reviewed the papers, the Court finds that the
6  Complaint fails to state a claim and should be dismissed without
7  leave to amend for the reasons set forth in Defendants' motion.
8  Accordingly, Defendant's motion to dismiss is GRANTED WITH
9  PREJUDICE.
10      IT IS SO ORDERED.
11 Dated: December 13, 2011
                                 _____
12                               JOHN A. MENDEZ,
                                 UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). Oral argument was scheduled for December 7, 2011.